UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| PINNACLE PIZZA CO., INC., | ) | CIV. 04-4170-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| LITTLE CAESAR ENTERPRISES, INC., | ) | |
| a Michigan corporation; | ) | |
| LC TRADEMARKS, INC., | ) | |
| a Michigan corporation; and | ) | |
| ILITCH HOLDINGS INC., | ) | |
| a Michigan corporation, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment (Docket 222) dated June 5, 2008, and the Order Denying Plaintiff's Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment dated December 3, 2008, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff on plaintiff's claims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants on their counterclaim, and they are entitled to a judgment in the amount of $1 as nominal damages.

IT IS FURTHER ORDERED that costs shall hereinafter be taxed by the Clerk in favor of defendants and against plaintiff.

Dated December 3, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE